IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>BENITO VAZQUEZ a/k/a Angel Manuel Cancel-Centeno<br>Defendant | CRIMINAL 11-0380CCC |

# ORDER

Having considered the Report and Recommendation filed on December 14, 2011 (**docket entry 21**) on a Rule 11 proceeding of defendant Benito Vázquez held before U.S. Magistrate Judge Marcos E. López on December 13, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Vázquez is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 13, 2011. The **sentencing hearing is set for March 13, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 10, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge